UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

James Hollins,

        Plaintiff

v.

Walmart, Inc.,

        Defendant

Case No. 2:24-cv-00494-CDS-DJA

**Ordering Plaintiff to File a Statement of Disclosure**

[ECF No. 6]

    Plaintiff James Hollis filed a certificate of interested parties. ECF No. 6. The certificate complies with Local Rule 7.1; however, it does not comply with Federal Rule of Civil Procedure 7.1(a)(2).

    Fed. R. Civ. P. 7.1, as amended in December 2022, requires that when an action is removed to federal court on the basis of diversity under 28 U.S.C. § 1332(a), each party must file a disclosure statement as to its own citizenship. The disclosure statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).

    For diversity purposes, a natural person must be a citizen of the United States and domiciled in a particular state. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983). A person's domicile is their permanent home, where he or she resides with the intention to remain or to which he or she intends to return. *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001); *see also Lew v. Moss*, 797 F.2d 747, 749 (9th Cir. 1986).

    IT IS THEREFORE ORDERED that Hollis file a disclosure statement that complies with Rule 7.1(a)(2) no later than April 5, 2024.

Dated: March 25, 2024

                                                       _____
                                                       Cristina D. Silva
                                                       United States District Judge