1  **TYSON & MENDES LLP**
   GRIFFITH H. HAYES
2  Nevada Bar No. 7374
   Email: ghayes@tysonmendes.com
3  NICHOLAS F. PSYK, ESQ.
   Nevada Bar No. 15983
4  Email: npsyk@tysonmendes.com
   2835 St. Rose Parkway, Suite 140
5  Henderson, Nevada 89052
   Telephone: (702) 724-2648
6  Facsimile: (702) 410-7684
   *Attorneys for Defendant Walmart Inc.*

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  JAMES HOLLINS, individually,              Case No.: 2:24-cv-00494-CDS-DJA

11              Plaintiffs,

12       v.                                   **STIPULATION AND ~~PROPOSED~~ ORDER
                                              TO EXTEND DISCOVERY DEADLINES**
13  WALMART   INC.,  d/b/a  WALMART,  a
    foreign corporation; and DOES I-X; and ROE  **(FIRST REQUEST)**
14  BUSINESS ENTITIES XI-XX, inclusive,

15              Defendants

16

17       IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of

18  record, that **the current discovery deadlines to be extended approximately sixty (60) days,**

19  **pursuant to Local Rule 26-1(b).**

20                                  **I.**

21                    **DISCOVERY COMPLETED TO DATE**

22       1.    The parties have conducted the FRCP 26.1 Early Case Conference.

23       2.    Plaintiff has produced his Lists of Witnesses and Documents, and supplements

24  thereto pursuant to FRCP 26(a) disclosing approximately 1790 pages.

25       3.    Defendant has produced his Lists of Witnesses and Documents, and supplements

26  thereto pursuant to FRCP 26(a) disclosing approximately 29 pages and 2 videos.

27       4.    Defendant has propounded discovery to Plaintiff.

28  ///

                                  1

## II.

### DISCOVERY THAT REMAINS TO BE COMPLETED

1. Deposition of Plaintiff.

2. Deposition of Defendant Walmart Inc.'s 30(b)(6) witness(es).

3. Plaintiff's FRCP 35 Examination.

4. Deposition(s) of Plaintiff's treating physicians.

5. Deposition of other percipient witnesses.

6. Initial expert disclosures.

7. Rebuttal expert disclosures.

8. Depositions of experts.

9. Issuing subpoenas to additional third-parties, including Plaintiff's medical providers (if any).

10. Additional written discovery (if necessary).

11. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.

### REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES

The parties respectfully submit, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose other purpose of delay. Good cause exists for the following reasons. Plaintiff's initial disclosure of documents and computation of damages in February of this year listed past medical expenses of about $40,000 and alleged injuries to his head. From the time of Plaintiff's initial disclosures to Plaintiff's most recent disclosures on July 9, 2024, Plaintiff's past medical expenses have significantly increased over time and now past medical expenses are alleged to be about $267,000. Plaintiff is now also alleging a shoulder rotator cuff injury and has had surgery to address that condition. Plaintiff's counsel has advised Defense counsel that despite his efforts he has not been able to obtain all medical records for the treatment that Plaintiff has received in this date based on his alleged injuries. Plaintiff's counsel needs additional time to obtain all medical

records. Once Plaintiff receives the additional records, Defense counsel will work with Plaintiff's counsel to set a date as soon as possible for the FRCP Rule 35 examination of Plaintiff. Based on the foregoing, both Plaintiff and Defense counsel are requesting that the scheduling order dates including the initial expert disclosure date be extended by about 60 days.

**Extension or Modification of The Discovery Plan and Scheduling Order.**

LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. If the stipulation is made less than twenty-one (21) days before the expiration of a deadline, the parties must show a good cause exist. The initial expert disclosure deadline is August 8, 2024 so this stipulation is timely submitted to the court at least 21 days prior to the expiration of the initial deadline.

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | July 9, 2024 | July 9, 2024 |
| Initial Expert Disclosures | August 8, 2024 | October 8 2024 |
| All Rebuttal Expert Disclosures | September 9, 2024 | November 5, 2024 |
| Discovery Cut-Off Date | October 7, 2024 | December 2, 2024 |
| Dispositive Motions | November 6, 2024 | January 3, 2025 |

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

Dated this 17th day of July, 2024.

PACIFIC WEST INJURY LAW

By: _/s/ Kirill V. Mikhaylov_
    Kristopher M. Helmick
    Nevada Bar No. 13348
    Kirill V. Mikhaylov
    Nevada Bar No. 13538
    Bohden G. Cole
    Nevada Bar No. 15719
    8180 Rafael Rivera Way, Suite 200
    Las Vegas, NV 89113
    *Attorneys for Plaintiff*

Dated this 17th day of July, 2024.

TYSON & MENDES LLP

By: _/s/ Griffith H. Hayes_
    Griffith H. Hayes
    Nevada Bar No. 7374
    Nicholas F. Psyk
    Nevada Bar No. 15983
    2835 St. Rose Parkway, Suite 140
    Henderson, Nevada 89052
    *Attorneys for Defendant*

3

IT IS SO ORDERED that the parties' Stipulation to extend discovery deadlines (ECF No. 16) is GRANTED.

 

 

_____

UNITED STATES MAGISTRATE JUDGE

DATED: 7/18/2024

| **From:** | Kirill Mikhaylov |
| **To:** | Stefania Rota Scalabrini |
| **Cc:** | Griffith Hayes; Heidi Brown; Bohden Cole; Michelle Zuniga |
| **Subject:** | RE: James Hollins v. Walmart (24-3772) |
| **Date:** | Tuesday, July 16, 2024 7:05:36 PM |
| **Attachments:** | image009.png |

Griff, I apologize for being brief today. You caught me at a stressful point. Thank you for preparing the stipulation. I appreciate it. I think it's worth adding that I'm currently in a jury trial, which is expected to last more than two week. A-21-845197-C in Department 27.

If you don't think that's necessary, you can still affix my electronic signature to the stipulation.

Thank you.

### Kirill V. Mikhaylov, Esq.
Partner

**Pacific West Injury Law**
702-602-HURT
8180 Rafael Rivera Way, #200
Las Vegas, NV 89113

Confidentiality Notice:  This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**From:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>
**Sent:** Tuesday, July 16, 2024 5:10 PM
**To:** Kirill Mikhaylov <Kirill@PacificWestinjury.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Heidi Brown <HBrown@TysonMendes.com>; Bohden Cole <bohden@PacificWestinjury.com>; Michelle Zuniga <Michelle@PacificWestinjury.com>
**Subject:** James Hollins v. Walmart (24-3772)

Good afternoon,

Please see attached proposed Stipulation and Order to Extend. If no revisions are necessary, please let us know if we may add your electronic signature. Thank you.

Stefania Rota Scalabrini
**Paralegal**
2835 St. Rose Pkwy., Suite 140



Henderson, Nevada 89052

**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*