**TYSON & MENDES LLP**
**GRIFFITH H. HAYES**
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
**NICHOLAS F. PSYK**
Nevada Bar No. 15983
Email: npsyk@tysonmendes.com
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES HOLLINS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., d/b/a WALMART, a foreign corporation; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants | Case No.: 2:24-cv-00494-CDS-DJA<br><br>**ORDER**<br>**TO EXTEND DISCOVERY DEADLINES**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that **the current discovery deadlines to be extended to allow to take depositions of experts and treating physicians and to extend deadline of dispositive motion,** pursuant to Local Rule 26-1(b)**.**

**I.**

**DISCOVERY COMPLETED TO DATE**

1. The parties have conducted the FRCP 26.1 Early Case Conference.

2. Plaintiff has produced his Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a) disclosing approximately 1790 pages.

3. Defendant has produced his Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

4. Defendant has propounded Request for Admission (35), Request for Production of

1

Documents (27) and Interrogatories (30) to Plaintiff on May 13, 2024.

5. Plaintiff has responded to Request for Admission (35), Request for Production of Documents (27) and Interrogatories (30) on August 2, 2024.

6. Defendant has propounded a Second Set of Interrogatories (6) on August 16, 2024.

7. FRCP Rule 35b Examination of Plaintiff on September 30, 2024.

8. Inspection of the subject premises on October 3, 2024.

9. Plaintiff has propounded Request for Production of Documents (18) and Interrogatories (14) to Defendant on October 17, 2025.

10. Defendant served its Designation of Initial Experts on October 31, 2024.

11. Plaintiff served his Designation of Initial Experts on November 7, 2024.

12. Defendant has responded to Request for Production of Documents (18) and Interrogatories (14) on November 25, 2024.

12. Defendant has served its First Supplement to Initial Experts on December 4, 2024.

13. Defendant has served its Designation of Rebuttal Experts on December 6, 2024

14. Deposition of Janette Hollins.

15. Deposition of Plaintiff James Hollins.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Deposition of Defendant Walmart Inc.'s 30(b)(6) witness(es)

2. Deposition of Sarah Brooks

3 Deposition of David Elliott, P.E.

4. Deposition of Dr. Andrew Manov

5. Deposition of Dr. Eric Swanson

6. Deposition of Dr. Nathan Richard

7. Deposition of Dr. David Hart

8. Deposition of Dr. Willis Chang

9. Deposition of Dr. Luis Diaz

10. Deposition of Dr. Kenneth Chang

2

11. Any remaining discovery the parties deem relevant and necessary as discovery continues.

### III.

### REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES

The parties respectfully submit, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose other purpose of delay. Good cause exists for the following reasons: Defendant timely noticed the depositions of Plaintiff's experts and treating physicians. However, due to scheduling conflicts and issues with confirming said depositions with plaintiff's doctors, the parties agreed to extend the current discovery cutoff, with counsel for the parties actively cooperating to set the relevant depositions for dates amenable to all parties. The parties therefore respectfully request the instant extension to permit these depositions be taken to finish necessary discovery for this case.

**Extension or Modification of The Discovery Plan and Scheduling Order.**

LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. If the stipulation is made less than twenty-one (21) days before the expiration of a deadline, the parties must show a good cause exist.

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | July 9, 2024 | July 9, 2024 |
| Initial Expert Disclosures | November 7, 2024 | November 7, 2024 |
| All Rebuttal Expert Disclosures | December 6, 2024 | December 6, 2024 |
| Discovery Cut-Off Date | January 15, 2025 | **March 3, 2025** |
| Dispositive Motions | January 22, 2025 | **March 10, 2025** |

///

///

///

///

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

Dated this 15th day of January, 2025.                    Dated this 15th day of January, 2025.

PACIFIC WEST INJURY LAW                                  TYSON & MENDES LLP

By: */s/ Kirill V. Mikhaylov*                            By: */s/ Griffith H. Hayes*
    Kristopher M. Helmick                                    Griffith H. Hayes
    Nevada Bar No. 13348                                     Nevada Bar No. 7374
    Kirill V. Mikhaylov                                      Nicholas F. Psyk
    Nevada Bar No. 13538                                     Nevada Bar No. 15983
    Bohden G. Cole                                          2835 St. Rose Parkway, Suite 140
    Nevada Bar No. 15719                                     Henderson, Nevada 89052
    8180 Rafael Rivera Way, Suite 200                        *Attorneys for Defendant*
    Las Vegas, NV 89113
    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 16, 2025

| | |
|---|---|
| **From:** | Kirill Mikhaylov |
| **To:** | Nick Psyk |
| **Cc:** | Griffith Hayes; Stefania Rota Scalabrini; Michelle Zuniga; Bohden Cole; Chris Lund; Claudia Corral; Heidi Brown; Alexandria Truelsen; Olesya Frolova |
| **Subject:** | RE: Hollins v. Walmart |
| **Date:** | Wednesday, January 15, 2025 3:34:09 PM |
| **Attachments:** | image010.png |
| | image011.png |

Hi Nick,

You may affix my electronic signature. I will let my litigation team chime in on any confirmed dates. I know they are working with the doctors' offices.

Thank you.

### Kirill V. Mikhaylov, Esq.
Partner

**Pacific West Injury Law**
702-602-HURT
8180 Rafael Rivera Way, #200
Las Vegas, NV 89113

Confidentiality Notice: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**From:** Nick Psyk <NPsyk@TysonMendes.com>
**Sent:** Wednesday, January 15, 2025 1:11 PM
**To:** Kirill Mikhaylov <Kirill@PacificWestinjury.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>; Michelle Zuniga <Michelle@PacificWestinjury.com>; Bohden Cole <bohden@PacificWestinjury.com>; Chris Lund <CLund@TysonMendes.com>; Claudia Corral <Claudia@PacificWestinjury.com>; Heidi Brown <HBrown@TysonMendes.com>
**Subject:** RE: Hollins v. Walmart
**Importance:** High

Mr. Mikhaylov,

Please find attached a draft SAO to extend discovery for this case to be submitted today to accommodate the remaining depositions for this case. Please let me know if you have received responses from any of the doctors to confirm a new date for their depositions so we can include any said dates in the stipulation. Otherwise, please let me know if you have any other revisions to the