**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email: npsyk@tysonmendes.com
2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HOLLINS, individually, | Case No.: 2:24-cv-00494-CDS-DJA |
| Plaintiffs, | |
| v. | **STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND DISCOVERY DEADLINES** |
| WALMART INC., d/b/a WALMART, a foreign corporation; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | **(FOURTH REQUEST)** |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that **the current discovery deadlines to be extended to allow to take depositions of experts and treating physicians and to extend deadline of dispositive motion,** pursuant to Local Rule 26-1(b)**.**

## I.

## <u>DISCOVERY COMPLETED TO DATE</u>

1.   The parties have conducted the FRCP 26.1 Early Case Conference.

2.   Plaintiff has produced his Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a) disclosing approximately 2000 pages.

3.   Defendant has produced his Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a).

4.   Defendant has propounded Request for Admission (35), Request for Production of

1

Documents (27) and Interrogatories (30) to Plaintiff on May 13, 2024.

5. Plaintiff has responded to Request for Admission (35), Request for Production of Documents (27) and Interrogatories (30) on August 2, 2024.

6. Defendant has propounded a Second Set of Interrogatories (6) on August 16, 2024.

7. FRCP Rule 35b Examination of Plaintiff on September 30, 2024.

8. Inspection of the subject premises on October 3, 2024.

9. Plaintiff has propounded Request for Production of Documents (18) and Interrogatories (14) to Defendant on October 17, 2025.

10. Defendant served its Designation of Initial Experts on October 31, 2024.

11. Plaintiff served his Designation of Initial Experts on November 7, 2024.

12. Defendant has responded to Request for Production of Documents (18) and Interrogatories (14) on November 25, 2024.

13. Defendant has served its First Supplement to Initial Experts on December 4, 2024.

14. Defendant has served its Designation of Rebuttal Experts on December 6, 2024

15. Deposition of Janette Hollins.

16. Deposition of Plaintiff James Hollins.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Deposition of Defendant Walmart Inc.'s 30(b)(6) witness(es)

2. Deposition of Sarah Brooks.

3. Deposition of Dr. Willis Chang.

4. Deposition of Dr. David Hart.

5. Deposition of Dr. Kenneth Chang.

6. Deposition of Dr. Nathan Richard.

7. Deposition of Dr. Luis Diaz.

8. Deposition of Dr. Andrew Manov.

9. Deposition of David Elliott, P.E.

10. Deposition of Dr. Eric Swanson.

11. Deposition of Dr. Nick Liu

12. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.
## REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES

The parties respectfully submit, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose other purpose of delay. Good cause exists for the following reasons: on February 25, 2025, Plaintiff disclosed additional treatments provided by ENT specialist Dr. Jeannie Khavkin, totaling about $12,000 in charges. On January 6, 2025, Plaintiff identified Dr. Khavkin in a supplemental Rule 26 disclosure, however medical records were not provided with said disclosure and plaintiff's computation of damage did not increase at that time. Plaintiff also recently saw a new orthopedic provider, Nick Liu, M.D. and is in the process of disclosing his records.

Furthermore, the parties have timely scheduled the depositions of several of Plaintiff's treating physicians and experts. However, most of the doctors have not appeared at their scheduled depositions. The parties agree that additional time is necessary to conduct additional necessary discovery for this case, including the re-setting of the depositions of plaintiff's treating physicians so said depositions can be completed. Defendant further submits it requires additional time to address the recent disclosure of plaintiff's additional treatment with Dr. Khavkin and Dr. Liu, including evaluation of potential retention of an ENT expert to opine on the reasonableness of Dr. Khavkin's treatment. The parties therefore respectfully request the instant extension of sixty (60) days to conduct the remaining required discovery for this case, including to permit Defendant to evaluate retaining an ENT expert to perform a records review and disclose an initial report and to take the remaining necessary depositions. The parties further request that the deadlines for initial expert disclosures and rebuttal expert disclosures be extended as outlined below, for the sole purpose to permit Defendant the opportunity to retain any necessary experts in response to Plaintiff's disclosure of additional treatment with Dr. Khavkin and Dr. Liu.

IV. **PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| Discovery Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Motion to Amend/Add Parties | July 9, 2024 | July 9, 2024 |
| Initial Expert Disclosures | November 7, 2024 | **April 8, 2025** |
| All Rebuttal Expert Disclosures | December 6, 2024 | **April 22, 2025** |
| Discovery Cut-Off Date | March 3, 2025 | **May 6, 2025** |
| Dispositive Motions | March 10, 2025 | **May 9, 2025** |

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

Dated this 27th day of February, 2025.

PACIFIC WEST INJURY LAW

By: */s/ Kirill Mikhaylov*
   Kristopher M. Helmick
   Nevada Bar No. 13348
   Kirill V. Mikhaylov
   Nevada Bar No. 13538
   Bohden G. Cole
   Nevada Bar No. 15719
   8180 Rafael Rivera Way, Suite 200
   Las Vegas, NV 89113
   *Attorneys for Plaintiff*

Dated this 27th day of February, 2025.

TYSON & MENDES LLP

By: */s/ Griffith H. Hayes*
   Griffith H. Hayes
   Nevada Bar No. 7374
   Nicholas F. Psyk
   Nevada Bar No. 15983
   2835 St. Rose Parkway, Suite 140
   Henderson, Nevada 89052
   *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 2/28/2025

4